# EXHIBIT D

## Omaha, NE Lawn Care Specialist

## Two Men and Two Trucks

**Two Men and Two Trucks of Omaha, NE provides quality labor for all your needs.** We are moving specialists who also offer hauling and clean up services. We take pride in providing our customers quality service for the cheapest price in Omaha.



**Learn More About Two Men and Two Trucks:**

- Moving services
- Hauling and cleanup
- Quality labor provided
- Jobs promptly finished
- Ask about welding services

Senior discounts available.

**Contact Two Men and Two Trucks today at 402-208-0210 for more information.**

### Contact Information

402-208-0210

Click to email us

**Two Men and Two Trucks**